**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

**CASE NO.: 1:26-cv-06283**

MARCO VERCH,

                Plaintiff,

v.

FERRARI PLUMBING INC.,

                Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant FERRARI PLUMBING INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Verch's original copyrighted Work of authorship after removal of his copyright management information ("CMI") .

2. Marco Verch is a photographer from Cologne, Germany. He has been working as a photographer for many years and enjoys taking pictures of scenery from his travels, sporting events, food, flowers, cars, drones and more. He also takes photos for advertisements and fundraising campaigns.

3. Defendant FERRARI PLUMBING INC. ("Ferrari Plumbing") is a family-operated, licensed plumbing company in Wheaton, Illinois, offering residential and commercial

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

services like drain cleaning, water heater installation, and emergency repairs. At all times relevant herein, Ferrari Plumbing owned and operated the internet website located at the URL http://ferrariplumbing.net (the "Website").

4.    Verch alleges that Ferrari Plumbing copied his copyrighted Work from the internet in order to advertise, market and promote its business activities.  Ferrari Plumbing committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5.    This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.    Ferrari Plumbing is subject to personal jurisdiction in Illinois.

8.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Ferrari Plumbing engaged in infringement in this district, Ferrari Plumbing resides in this district, and Ferrari Plumbing is subject to personal jurisdiction in this district.

## DEFENDANT

9.    Ferrari Plumbing Inc. is an Illinois Corporation, with its principal place of business at 120 Bridge Street, Suite 200, Wheaton, Illinois, 60187, and can be served by serving its Registered Agent, Wesley Ferrari, at the same listed address.

## THE COPYRIGHTED WORK AT ISSUE

10.    In 2021, non-party Liliya Krivorychko created the photograph entitled "Plumber-with-adjustable-wrench-repairing-pipes," which is shown below and referred to herein as the "Work."

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE



11. Liliya Krivorychko subsequently transferred all rights in the Work to Plaintiff Verch.

12. Verch registered the Work with the Register of Copyrights on June 04, 2021 as part of a group registration. The Group Registration was assigned registration number VA 2-254-613. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. On or about April 12, 2021, Verch published the Work by displaying it on his CCNULL.de account ("CCNULL") at the internet URL https://ccnull.de/foto/plumber-with-adjustable-wrench-repairing-pipes/1084956.

14. Verch's Work is available through a Creative Commons 2.0 License.

15. For a party to be allowed to use a Creative Commons 2.0 License ("CC 2.0"), it is conditioned upon the prospective licensee of the Work attributing the Work to the original owner/claimant of the Work.

16. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[1]

---

[1] https://creativecommons.org/licenses/by/2.0/

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

17.     Verch's display of the Work on CCNULL also included CMI next to the Work in the form of Verch's name, the year when the Work was first created, and the link to the licensing terms (collectively, the "Attributions").

18.     Verch's Work is protected by copyright butis not otherwise proprietary, or trade secrets.  The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative.  As such, the Work qualifies as subject matter protectable under the Copyright Act.

19.     At all relevant times Verch was the owner of the copyrighted Work.

## INFRINGEMENT BY FERRARI PLUMBING

20.     Ferrari Plumbing has never been licensed to use the Work for any purpose.

21.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Ferrari Plumbing copied the Work.

22.     On or about May 30, 2023, Verch discovered the unauthorized use of his Work on the Website at the URL https://ferrariplumbing.net/how-local-plumber-saves-the-day/.

23.     Ferrari Plumbing copied Verch's copyrighted Work without Verch's permission or authority.

24.     After Ferrari Plumbing copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its plumbing business.

25.     Ferrari Plumbing copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

4
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

26.     Ferrari Plumbing committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

27.     Verch never gave Ferrari Plumbing permission or authority to copy, distribute or display the Work for any purpose.

28.     When Ferrari Plumbing copied and displayed the Work, Ferrari Plumbing removed Verch's CMI from the Work.

29.     Verch never gave Ferrari Plumbing permission or authority to remove CMI from the Work.

30.     When Ferrari Plumbing copied and displayed the Work, Ferrari Plumbing failed to provide attribution as required by the CC 2.0 license.

31.     Ferrari Plumbing's failure to attribute is a violation of 17 U.S.C. § 1202(b) as removal of CMI.

32.     Verch notified Ferrari Plumbing of the allegations set forth herein on November 13, 2025 and April 20, 2026.  To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

33.     Verch incorporates the allegations of paragraphs 1 through 32 of this Complaint as if fully set forth herein.

34.     Verch owns a valid copyright in the Work.

35.     Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

36.     Ferrari Plumbing copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

37. Ferrari Plumbing performed the acts alleged in the course and scope of its business activities.

38. Defendant's acts were willful.

39. Verch has been damaged.

40. The harm caused to Verch has been irreparable.

**COUNT II**
**REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

41. Verch incorporates the allegations of paragraphs 1 through 32 of this Complaint as if fully set forth herein.

42. The Work at issue in this case contains Copyright Management Information ("CMI").

43. Ferrari Plumbing knowingly and with the intent to enable, conceal, or facilitate copyright infringement, displayed the Work on the Website without any of the Attributions in violation of 17 U.S.C. § 1202(b).

44. Ferrari Plumbing committed these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

45. Ferrari Plumbing caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Verch's rights in the Work at issue in this action protected under the Copyright Act.

46. Verch has been damaged.

47. The harm caused to Verch has been irreparable.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant FERRARI PLUMBING INC. that:

a.     Ferrari Plumbing and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

b.     Ferrari Plumbing be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

c.     Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     Verch be awarded pre- and post-judgment interest; and

e.     Verch be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Verch hereby demands a trial by jury of all issues so triable.

Dated: May 28, 2026                    Respectfully submitted,

*/s/  J. Campbell Miller*
J. CAMPBELL MILLER
Illinois Bar Number: 6345233
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

and

7
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
23101 Powerline Road
Suite 212
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE