# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-254-613

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 10, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 04, 2021 to April 26, 2021

## Title

**Title of Group:** USCO 2.0 Liliya 1-10529122822 Work of 2021 Group 5 03/04/2021 until 04/26/2021 750 pictures.xlsx

**Number of Photographs in Group:** 750

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** March 04, 2021
**Latest Publication Date in Group:** April 26, 2021
**Nation of First Publication:** Germany

## Author

- **Author:** Liliya Krivorychko
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Marco Verch
Friesenplatz 4, c/o WeWork, Cologne, 50672, Germany
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Marco Verch
**Email:** marco.verch@gmail.com

Page 1 of 2

|  |  |
|---|---|
| **Telephone:** | 491606881122 |
| **Address:** | Friesenplatz 4 |
|  | c/o WeWork |
|  | Cologne 50672 Germany |

## Certification

|  |  |
|---|---|
| **Name:** | Marco Verch |
| **Date:** | June 04, 2021 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.