# Exhibit 2

 


# From Leaky Faucets To Burst Pipes: How Your Local Plumber Saves The Day

## The Best Local Plumbers To End Your Pipes Problems

No matter if you have a small leak or a big plumbing emergency, we can help. A **skilled plumber** knows how to fix these problems properly. **Ferrari Plumbing Inc.** has been doing **plumbing work** for a long time and doing it well. Our team uses the latest plumbing tools and methods to ensure your system works well. Call us at **(630) 260-5898** or complete this **form** and experience peace of mind working with a trusted and reliable plumbing company.

## 10 Reasons Why Hire Local Plumbers For Your Leaky Faucets To Burst Pipes

Plumbing problems can be a pain; if you try to fix them yourself, you might worsen things. For all your plumbing needs, hiring a **local plumber** is essential. Here are ten reasons to consider hiring a local plumber for leaky faucets to burst pipes.

### 1. Experience

Local plumbers know how to find and fix various plumbing problems. They have the knowledge and experience to do so. They can quickly figure out what a problem is really about and offer the best way to fix it.

### 2. Proper Equipment

Plumbers have access to special tools. That's why they can fix even the toughest plumbing problems. They also have the supplies to solve the problem quickly and efficiently.

### 3. Cost-Effective

Hiring a plumber may seem expensive at first. But it may be cheaper in the long run. Trying to fix plumbing problems alone can cause more damage and cost more money. Hiring a pro can help make sure the problem is fixed right the first time.

### 4. Time-Saving

Problems with your plumbing can be fixed quickly and well by a plumber, saving you time and trouble. They can get the job done so you can return to normal life.

### 5. Proper Training

### 5. Proper Training

Plumbers go through a lot of training. It is to make sure they know how to fix any plumbing problem. They know the latest plumbing techniques and can help you find the best solutions.

### 6. Guaranteed Work

Local plumbers offer guarantees for their work. It means they will return and fix the problem for free if it still needs fixing.



Licensed Local Plumber

### 7. Emergency Services

Many plumbers offer emergency services. Plumbing problems can happen at any time. This means you can get help when you need it most, even if it's after regular business hours.

### 8. Preventative Maintenance

Plumbers can do maintenance. It will keep you from having plumbing problems in the future. They can look at your plumbing and find issues before they get worse.

### 9. Local Knowledge

Local plumbers are more likely to know how to fix plumbing problems. They know what happens most often where you live. They can give you solutions that are right for your area and weather.

### 10. Peace Of Mind

Hiring a local plumber can give you peace of mind since you'll know that a professional is handling your plumbing problems. You can be sure they will fix the problem, and you won't have to deal with it again.

In conclusion, hiring *certified plumbers near me* for anything from dripping faucets to burst pipes is a good idea for many reasons. It will save you time and money in the long run, but it will also save you time and money in the short term. But you'll feel better knowing that a qualified professional is working on the problem.

## Tips On How To Prevent Leaky Faucets And Burst Pipes

Leaky faucets and burst pipes are common plumbing problems that can be annoying and expensive. You can stop these problems from happening in the first place by taking a few simple steps. Here are Tips on how to prevent leaky faucets and burst pipes.

### • Insulate Pipes

Insulation can help keep your pipes from freezing and bursting in the winter. This is especially important for lines in parts of your house that aren't heated.

### • Keep Cabinets Open

Open your cabinet doors if you want to keep your pipes from freezing. This keeps the lines from freezing by letting warm air flow around them.

### • Drip Faucets

Letting your faucet will help keep water from freezing in your pipes. This allows a little water to flow through the pipes, keeping them warm.

### • Check For Leaks

If you check for leaks often, you can catch minor problems before they become big. Check your pipes and faucets for mold or other signs of water damage.

**• Repair Leaks Promptly**

When you find a leak, you must fix it as soon as possible. Over time, even small leaks can cause a lot of damage.

**• Don't Over-Tighten Faucets**

The seals and washers can break if you tighten your faucets too much. This can cause leaks. Just put enough pressure on your faucets to stop them from dripping.

**• Use Drain Screens**

Drain screens, hair, soap, and other things can get stuck in your pipes. This can help stop leaks and other problems with the plumbing.

**• Don't Pour Grease Down The Drain**

If you pour grease down the drain, it can make your pipes clog and back up. You shouldn't throw grease and other cooking oils.

**• Avoid Harsh Chemicals**

If you use harsh chemicals to clean your pipes, it can hurt them in the long run. Instead, use things like vinegar and baking soda that are good for the environment.



Prevent Leaky Faucets With A Professional Plumber

**• Don't Ignore Water Pressure Issues**

If the water pressure drops suddenly, it could be a sign of a bigger plumbing problem. Don't just ignore it; call a plumber to look at it.

**• Schedule Regular Plumbing Maintenance**

Regular maintenance lets you minor problems before they become big. Set up a maintenance check with an expert at least once a year.

You have to be proactive to stop faucets from dripping and pipes from bursting. Following these tips, you can keep your plumbing system running and avoid expensive repairs.

## Things To Consider When Finding The Best Local Plumber

When you have a plumbing emergency, the last thing you want to do is waste time looking for an expert you can trust. That's why finding the right one that fits your needs is essential. Here are some things to consider when looking for the best *plumbers near me*:

### - Licensing And Insurance

Ensure the plumber you hire has a license and is covered by insurance. This will protect you if something happens or gets broken on the job.

### - Experience

When it comes to plumbing, it helps to have experience. Choose a plumber who has been in business for a while and whose work has been successful.

### - Reviews And Recommendations

Read reviews online and ask your friends and family for suggestions. This will help you find a plumber known for doing good work and being friendly to customers.

### - Availability

Make sure the plumber you hire can come when you need them to. Look for an expert who is available 24 hours a day, seven days a week, for emergencies.

### - Pricing

Get prices from a few plumbers before making a choice. Make sure that they give you a precise quote and don't have any hidden costs.

### - Guarantees And Warranties

Choose an expert whose work is backed up by guarantees and warranties. This can give you peace of mind that the job will be done right the first time.

### - Communication Skills

It is essential to hire an expert with whom you can easily talk. They should be able to tell you the problem and how to fix it.

### - Professionalism

Choose a plumber who looks and acts like he knows what he's doing. They should show up on time, be polite, and treat your home with care.

### - Range Of Services

Look for an expert who can do more than one thing. You can save time and money by only calling one plumber for all your plumbing needs.

### - Eco-Friendly Professionals

It is best to choose *residential plumbers* who care about the environment. They should use non-toxic products. They should also know the right way to dispose of waste.

It takes some research and thought to find the best local plumber. If you follow these tips, you can ensure that your plumbing needs are met with quality and care. Consider Ferrari Plumbing Inc. for any plumbing needs, as they meet all these and more.

## About Us?

**Ferrari Plumbing Inc.** is a good choice if you need reliable *local plumbers near me*. As a family-owned business, we have cared for customers' plumbing needs for years. Our team of experts is licensed and insured. We have the experience and knowledge to fix any plumbing problem, big or small.

We can help with **plumbing emergencies**, water heaters, cleaning drains, fixing sewer lines, etc. We only use quality tools and materials; our prices are fair, and no hidden costs exist. Our team is committed to giving excellent customer service. Ensure that we work hard on every job to exceed clients' expectations.

So, you can count on us whether you have a leaky faucet, a clogged drain, or a more serious plumbing problem. Contact us at **(630) 260-5898** today to **schedule an appointment** and find out what working with a trusted **local plumbing company** is like.

### Ferrari Plumbing Inc. Offers The Following Services:

- **Clogged Drain Cleaning**
- **Ejector Pumps**
- **Faucet Repair**
- **Garbage Disposals**
- **General Plumbing**
- **Kitchen Plumbing**
- **Low-Pressure Water Problems**
- **Pipe Repair & Replacement**
- **Sump Pumps Systems**
- **Tankless Water Heater**
- **Toilet Repair**
- **Water Heater Repair**
- **Ferrari Plumbing Vendors**

### Other Articles We've Hand-Picked For You:

- **Stay Warm And Toasty With A Tankless Water Heater This Winter**
- **5 Reasons Why A Tankless Water Heater Is the Perfect Winter Upgrade**
- **3 First Steps To Take When You Need An Emergency Plumber**

## Frequently Asked Questions

▸ **How Can A Burst Pipe Be Stopped From Leaking?**

▸ **How Do You Handle A Burst Pipe?**

▸ **How Do You Handle Leaks?**

▸ **What Caused The Pipe To Burst?**

▸ **What Causes Burst Water Pipes?**



**BBB Rating: A+**
As of 1/19/2023
Click for Profile

📍 1727 Stoddard Ave., Wheaton, IL 60187
📍 777 Roosevelt Road, Suite 110, Glen Ellyn, IL 60137
📞 (630) 260-5898
✉ Contact Us
⊙ License Number: 055-027312

## Our Services

General Plumbing
Clogged Drain Cleaning
Ejector Pumps
Faucet Repair
Garbage Disposals
Garbage Disposals
Kitchen Plumbing
Low Pressure Water Problems
Pipe Repair and Replacement
Sump Pump Systems
Tankless Water Heaters
Toilet Repair
Water Heater Repair

## Hours of Operation:

Monday: 24 hours
Tuesday: 24 hours
Wednesday: 24 hours
Thursday: 24 hours
Friday: 24 hours
Saturday: 24 hours
Sunday: 6am–11pm

## Follow Us

Facebook
Yelp
LinkedIn
Twitter

©2021 🏆 Ferrari Plumbing Inc.
Made with ❤ by **SEOLEVELUP, LLC Website Design SEO Company**

**Privacy Policy | Terms & Conditions | HTML Sitemap**



Rating
4.8 ★★★★★
Read our 186 reviews

